Argued June 30, affirmed September 6, 1927.

## STATE *v.* CITY OF MARSHFIELD.

(259 Pac. 203.)

From Coos: JOHN C. KENDALL, Judge.

Department 2.

AFFIRMED.

For appellant there was a brief over the name of *Mr. J. F. Anderson,* with an oral argument by *Mr. J. T. Brand.*

For respondent there was a brief over the names of *Messrs. Ross & Murphy* and *Mr. J. B. Bedingfield,* with an oral argument by *Mr. Bedingfield.*

BELT, J.—This action is brought by the State of Oregon by virtue of Section 8960, Or. L., as amended by Section 11, Chapter 281, Laws of 1925, to recover the reasonable value of services rendered in extinguishing a forest fire which started upon land owned by the defendant city. It is a companion case to *State* v. *Marshfield, ante,* p. 320 (259 Pac. 201), this day decided adversely to appellant, and what was said there is controlling here. No new questions are involved. It therefore follows that the judgment against the city for $836.28 is affirmed.

AFFIRMED.

BURNETT, C. J., and BEAN and McBRIDE, JJ., concur.